IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HARRISON L. SPENCER and )
SANDRA L. SPENCER, )
)
Plaintiffs, )
)
v. )
) 1:05CV993
CITIFINANCIAL MORTGAGE )
COMPANY, INC., )
)
Defendant. )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously herewith, IT IS ORDERED that Defendant's Motion to Dismiss [Document #6 in 1:05CV993] is GRANTED and this case is hereby DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that all other pending motions are denied as moot.

This, the 26th day of September, 2006.

_____
United States District Judge